**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Colleen M. Culhane, SBN 242167
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SYLVA FAMILY PROPERTIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No: 2:07-CV-01851 LKK DAD |
| Plaintiff, | **AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. | |
| SYLVA FAMILY PROPERTIES, a California General Partnership; SACRAMENTO FAMILY MEDICAL CLINIC, INC., Individually and dba SACRAMENTO FAMILY MEDICAL CLINIC, | |
| Defendants. _____ / | Complaint Filed:   September 7, 2007 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SCOTT JOHNSON and Defendant SYLVA FAMILY PROPERTIES, by and through the undersigned, that the parties have agreed to an extension of time to answer the complaint. Defendants will now have until **November 28, 2007** to file an answer with this court.

/ / /

/ / /

Dated: November 20, 2007                LAW OFFICE OF SCOTT JOHNSON


                                        By  /s/ Scott Johnson
                                              Scott Johnson
                                              Attorney for Plaintiff


Dated: November 20, 2007                PORTER SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By  /s/ Jennifer Duggan

                                              Jennifer E. Duggan
                                              Colleen M. Culhane
                                              Attorneys for Defendant


                             **ORDER**

IT IS SO ORDERED.


Dated: November 20, 2007

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT